**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2845-18T1

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

ROBERT DONALD CARR,

    Defendant-Appellant.

_____

> Submitted December 17, 2019 – Decided January 7, 2020
>
> Before Judges Fisher and Accurso.
>
> On appeal from the Superior Court of New Jersey, Law Division, Ocean County, Municipal Appeal No. 18-16.
>
> Robert Donald Carr, appellant pro se.
>
> Berry Sahradnik Kotzas & Benson, PC, attorneys for respondent County of Ocean (Mathew Brady Thompson, on the brief).

PER CURIAM

Defendant was found guilty and received a fine in municipal court for failing to observe a traffic signal while riding a bicycle, N.J.S.A. 39:4-81.[1] Defendant appealed to the Law Division and thereafter moved for the necessary transcripts to be provided at public expense. That motion was denied. When defendant later failed to order the transcripts, the Law Division judge dismissed the appeal.

Defendant, who claims he is not "a legal person," appeals and argues only that the Law Division judge erred in denying his request for transcripts at public expense. We find this argument to be of insufficient merit to warrant further discussion in a written opinion. R. 2:11-3(e)(1)(E).

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

---

[1] N.J.S.A. 39:4-81 expressly applies to "[t]he driver of every vehicle, the motorman of every street car and every pedestrian." Notwithstanding that statute's lack of a reference to bicyclists, the Legislature has also declared that "[e]very person riding a bicycle upon a roadway . . . shall be subject to all of the duties applicable to the driver of a vehicle by chapter four of Title 39." N.J.S.A. 39:4-14.1(a).

A-2845-18T1